IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. SEBASTIAN, SR., | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 02-3743 |
| JAMES M. SEBASTIAN, JR., | : | |
| Defendant | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Earl T. Britt, of the law firm of Britt, Hankins, Schaible & Moughan, and as local counsel for Defendant, James M. Sebastian, Jr., hereby respectfully request pursuant to Local Rule 83.5.2 that this Honorable Court permit John F. Morkan III and Eric M. Veit of the law firm Ober, Kaler, Grimes & Shriver, to practice and appear before it for purposes of representing Defendant, James M. Sebastian, Jr.  In support, I submit:

1. I am a member of the Pennsylvania Bar, a member of the bar of the United States District Court for the Eastern District of Pennsylvania, am a member in good standing with respect to each, and currently have no disciplinary proceedings pending against me.

2. I am a partner at the law firm of Britt, Hankins, Schaible & Moughan, which has offices at 633 West Germantown Pike, Suite 202, Plymouth Meeting, Pennsylvania 19462, which office is located within the geographical boundaries of the Eastern District of Pennsylvania, and I may be served at that address with notices and other papers in conformance with the Federal Rules of Civil Procedure and the rules of

this Court.

3.  I am familiar with the current practices and procedures within the Eastern District of Pennsylvania, will adhere to them in this case, and will assist Messrs. Morkan and Veit in doing so as well.

4.  I have attached as Exhibits "A" and "B" Affidavits from John F. Morkan III, and Eric M. Veit, the attorneys whose admission is being sought.

Counsel respectfully moves pursuant to Local Rule 83.5.2 that John F. Morkan III, and Eric M. Veit of the law firm of Ober, Kaler, Grimes & Shriver be permitted to represent James M. Sebastian, Jr. in this matter. Counsel for plaintiff has no objection to this Motion.

        Respectfully submitted,

        **BRITT, HANKINS, SCHAIBLE & MOUGHAN**

    By: _____
        Earl T. Britt, Esquire #03788
        Attorney for Defendant,
        James M. Sebastian Jr.
        633 W. Germantown Pike, Suite 202
        Plymouth Meeting, PA 19462-1032
        (610) 832-9373

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2002 a copy of this Motion for Admission *Pro Hac Vice* was mailed via first class mail to:

Peter J. McHugh, Esquire
Brown, Mayhart, Martin & Schindler
128 Commons Court
Commons at Chadds Ford
P.O. Box 1539
Chadds Ford, PA  19317
*Attorney for Plaintiff*

_____
EARL T. BRITT, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. SEBASTIAN, SR., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-3743 |
| | : | |
| JAMES M. SEBASTIAN, JR., | : | |
| | : | |
| Defendant | : | |

**O R D E R**

Upon consideration of a Motion to permit John F. Morkan III and Eric M. Veit of the law firm of Ober, Kaler, Grimes & Shriver to represent James M. Sebastian, Jr. in this matter, it is this ____ day of _____, 2002, by the U.S. District Court for the Eastern District of Pennsylvania, hereby **ORDERED** that John F. Morkan III and Eric M. Veit of the firm of Ober, Kaler, Grimes & Shriver shall be admitted *Pro Hac Vice* in order to represent James M. Sebastian, Jr. in this case before the United States District Court for the Eastern District of Pennsylvania.

BY THE COURT:

_____
J.