IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. SEBASTIAN, SR., | : | CIVIL ACTION |
| Plaintiff, | : | 02-3743 |
| v. | : | |
| JAMES M. SEBASTIAN, JR., | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this _____ day of July, 2002, upon consideration of the consideration of the Motion of Earl T. Britt, Esquire and Defendant James M. Sebastian, Jr. for the Admission <u>Pro Hac Vice</u> of Eric M. Veit, Esquire, to appear on behalf of Defendant James M. Sebastian, Jr. in this action, it is hereby ORDERED that the Motion is GRANTED and Eric M. Veit, Esquire, is admitted to practice before this Court <u>Pro Hac Vice</u> as co-counsel on behalf of Defendant James M. Sebastian, Jr. in this action only. <u>See</u> Local Rules of Civil Procedure 83.5 and 83.5.2

BY THE COURT:

_____
J. CURTIS JOYNER, J.