IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES M. SEBASTIAN, SR.           *

    Plaintiff              *        CIVIL ACTION NO. _____
                                           (Consolidation of Civil Action No. 02-3743
  v.                            *          and Civil Action No. 02-3745)

JAMES M. SEBASTIAN, JR.           *

    Defendant              *

\*          \*          \*          \*          \*          \*          \*

## MOTION TO CONSOLIDATE PURSUANT TO FED. R. CIV. P 42

    Defendant James M. Sebastian, Jr., by his undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 42, to consolidate the following cases pending before this Court:

    1.    *James M. Sebastian, Sr. v. James M. Sebastian, Jr.*, Civil Action No.: 02-3743, removed from the Chester County Court of Common Pleas on June 12, 2002;  and

    2.    *James M. Sebastian, Sr. v. James M. Sebastian, Jr*., Civil Action No.: 02-3745, removed from the Chester County Court of Common Pleas on June 12, 2002.

    The grounds in support of this Motion are stated in the accompanying Memorandum in Support.

                           Respectfully submitted,

                           _____

                           John F. Morkan III, Pro Hac Vice
                           Eric M. Veit, Pro Hac Vice
                           Ober, Kaler, Grimes & Shriver
                           A Professional Corporation
                           120 East Baltimore Street
                           Baltimore, Maryland 21202-1643
                           (410) 685-1120
                           (410) 547-0699 (Fax)

Earl T. Britt
Britt, Hankins, Schaible & Moughan
633 West Germantown Pike, Suite 202
Plymouth Meeting, Pennsylvania  19462-1032
(610) 832-9339
(610) 832-9342 (Fax)

Attorneys for Defendant James M. Sebastian, Jr.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6[h] day of September, 2002, a copy of the foregoing

Motion to Consolidate Pursuant to Fed. R. Civ. P 42 was mailed, first-class postage prepaid, to:


Peter J. McHugh, Esquire
Brown, Mayhart, Martin & Schindler
128 Commons Court
Commons at Chadds Ford
P.O. Box 1539
Chadds Ford, PA  19317


_____
Eric M. Veit

699889.1