## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. SEBASTIAN, SR. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 02-CV-3743 |
| JAMES M. SEBASTIAN, JR. | : |

**ORDER**

AND NOW, this          day of October, 2002, upon consideration of Defendant's Motion to Compel Discovery and for Sanctions Against Plaintiff, and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and Plaintiff is DIRECTED to provide his required Rule 26 Disclosures within ten (10) days of the entry date of this Order or suffer the imposition of such sanctions as this Court shall deem just.  See: Fed.R.Civ.P. 26(a), 37; Local Rule of Civil Procedure 7.1(c).

                                        BY THE COURT:


                                        _____
                                        J. CURTIS JOYNER,      J.